UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY MOTT; ABC MINING CO,<br><br>                    Plaintiffs,<br><br>-against-<br><br>MATIAS GALLEGO-MANZANO,<br><br>                    Defendant. | 25-cv-6599 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the October 1, 2025, order, this action is dismissed without prejudice.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

 Dated:   October 3, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge